ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION, IPR LICENSING, INC., AND INTERDIGITAL, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PEGATRON CORPORATION,<br><br>Defendant. | Case No.:<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL |

Having considered the papers filed and arguments presented in connection with InterDigital Technology Corporation, IPR Licensing, Inc., and InterDigital, Inc.'s (collectively, "Plaintiffs") Administrative Motion to File Documents Under Seal, and all other documents filed in support of the Motion, the Court finds that good cause exists to file the requested materials under seal.

IT IS HEREBY ORDERED THAT Plaintiffs' Motion is GRANTED.

Accordingly, the materials listed below shall be filed under seal as follows:

| Document | Portions under seal |
|---|---|
| Exhibit 1 of Plaintiffs' Complaint | All |
| Exhibit 2 of Plaintiffs' Complaint | All |
| Exhibit 3 of Plaintiffs' Complaint | All |
| Exhibit 4 of Plaintiffs' Complaint | All |
| Exhibit 5 of Plaintiffs' Complaint | All |
| Exhibit 6 of Plaintiffs' Complaint | All |
| Plaintiffs' Complaint | Portions highlighted in Strandness Declaration, Exhibit G at 1:10-20, 1:22-23, 2:1-6, 2:9-10, 3:25-28, 4:1-3, 4:4-9, 4:21-22, 4:23-28, 5:1-2, 5:7-10, 5:11-14, 5:15-19, 5:20-21, 6:3, 6:11-21, 7:7-8, 7:11, 7:19, 8:4-10, 8:11-19, 8:20-23, 8:24-26, 8:28, 9:1, 9:7 |

1
2
3
4     SO ORDERED THIS  9th  day of  JUNE         , 2015.
5
6                                  _____
                                         U.S. District Judge
7                                         Edward J. Davila
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28