1  DAVID S. STEUER, CA Bar No. 127059
   dsteuer@wsgr.com
2  MICHAEL B. LEVIN, CA Bar No. 172329
   mlevin@wsgr.com
3  MATTHEW R. REED, CA Bar No. 196305
   mreed@wsgr.com
4  MAURA L. REES, CA Bar No. 191698
   mrees@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
8
   LUCY YEN, CA Bar No. 224559
9  lyen@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
10 Professional Corporation
   1301 Avenue of the Americas, 40th Floor
11 New York, NY 10019-6022
   Telephone: (212) 999-5800
12 Facsimile: (512) 999-5899

   JOSE C. VILLARREAL
   (*pro hac vice* pending)
   jvillarreal@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
   900 South Capital of Texas Highway
   Las Cimas IV, Fifth Floor
   Austin, TX 78746-5546
   Telephone: (512) 338-5400
   Facsimile: (512) 338-5499

13 *Attorneys for Plaintiffs*
   *InterDigital Technology Corporation and IPR*
14 *Licensing, Inc.*

15              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
16                     **SAN JOSE DIVISION**

17

|  |  |
|---|---|
| 18 | ) Case No.: 15-cv-02584 |
|  | ) |
|  | ) **EXHIBITS H – J TO** |
| 19 INTERDIGITAL TECHNOLOGY | ) **DECLARATION OF CHERYL** |
|  CORPORATION, IPR LICENSING, INC., AND | ) **HENRY IN SUPPORT OF** |
| 20 INTERDIGITAL, INC. | ) **PLAINTIFFS'** *EX PARTE* |
|  | ) **APPLICATION FOR (1)** |
| 21 Plaintiffs, | ) **TEMPORARY RESTRAINING** |
|  | ) **ORDER AND (2) ORDER TO SHOW** |
| 22      v. | ) **CAUSE REGARDING** |
|  | ) **PRELIMINARY INJUNCTION** |
| 23 PEGATRON CORPORATION, | ) |
|  | ) Hearing Date: |
| 24 Defendant. | ) Time: |
|  | ) Judge: |

-1-

**EXHIBITS H – J TO DECLARATION OF**
**CHERYL HENRY**

# EXHIBIT H

## (FILED UNDER SEAL)

# EXHIBIT I

# (FILED UNDER SEAL)

# EXHIBIT J

## (FILED UNDER SEAL)