UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PEGATRON CORPORATION,<br><br>　　　　Defendant. | Case No.  5:13-mc-80087-EJD<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Re: Dkt. No. 17 |

Plaintiffs have filed an administrative motion to consider whether case number 5:15-cv-02584 LHK, InterDigital Technology Corporation et al. v. Pegatron Corporation, is related to the case captioned above.  The court has carefully reviewed these actions and finds they are not related according to the requirements provided by Civil Local Rule 3-12.  Accordingly, these two cases shall not be related and a reassignment of cases to the undersigned shall not occur.

**IT IS SO ORDERED.**

Dated: June 15, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge