UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PEGATRON CORPORATION,<br><br>Defendant. | Case No. 15-CV-02584-LHK<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 12 |

On June 11, 2015, Plaintiffs InterDigital Technology Corporation, InterDigital Inc., and IPR Licensing, Inc. (collectively, "Plaintiffs") filed an ex parte application for a temporary restraining order and an order to show cause. ECF No. 12. Plaintiffs represent that they provided notice to Defendant Pegatron Corporation on June 11, 2015. ECF No. 12-10 at 1; ECF No. 10-21 at 2.

Defendant is hereby ordered to file a response, not to exceed 16 pages, to Plaintiffs' application by 9:00 a.m., Monday, June 22, 2015. Plaintiffs may file a reply, not to exceed 5 pages, by Wednesday, June 24, 2015. A hearing on this matter is specially set for Tuesday, June 30, 2015 at 1:30 p.m.

1

Case No. 15-CV-02584-LHK
ORDER SETTING BRIEFING SCHEDULE FOR EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER

**IT IS SO ORDERED.**

Dated: June 15, 2015

_____
LUCY H. KOH
United States District Judge