| | |
|---|---|
| DAVID S. STEUER, State Bar No. 127059<br>dsteuer@wsgr.com<br>MICHAEL B. LEVIN, State Bar No. 172329<br>mlevin@wsgr.com<br>MATTHEW R. REED, State Bar No. 196305<br>mreed@wsgr.com<br>MAURA L. REES, State Bar No. 191698<br>mrees@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, California 94304-1050<br>Telephone:  (650) 493-9300<br>Facsimile:  (650) 565-5100<br><br>LUCY YEN, State Bar No. 224559<br>lyen@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019-6022<br>Telephone:  (212) 999-5800<br>Facsimile:  (212) 999-5899 | DURIE TANGRI LLP<br>SONAL N. MEHTA (SBN 222086)<br>smehta@durietangri.com<br>JOSHUA LERNER (SBN 220755)<br>jlerner@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br>Telephone:   415-362-6666<br>Facsimile:    415-236-6300<br><br>*Attorneys For Defendant And Counter-Plaintiff Pegatron Corporation* |

*Attorneys for Plaintiffs and Counterclaim-Defendants InterDigital Technology Corporation, IPR Licensing, Inc., and InterDigital, Inc.; and Counterclaim-Defendants InterDigital Communications, Inc., InterDigital Patent Holdings, Inc., and InterDigital Asia Limited*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION, IPR LICENSING, INC., AND INTERDIGITAL, INC.,<br>              Plaintiffs,<br>  v.<br>PEGATRON CORPORATION,<br>              Defendant.<br><br>PEGATRON CORPORATION,<br>            Counterclaim-Plaintiff<br>  v.<br>INTERDIGITAL TECHNOLOGY CORP., IPR | Case No.: 15-cv-02584-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED MANAGEMENT DEADLINES**<br><br>Judge:  Hon. Lucy H. Koh |

1  LICENSING, INC., INTERDIGITAL, INC.,         )
   INTERDIGITAL COMMUNICATIONS, INC.,    )
2  INTERDIGITAL PATENT HOLDINGS, INC.,    )
   and INTERDIGITAL ASIA LIMITED,                 )
3                                                                              )
                        Counterclaim-Defendants      )
4

5      WHEREAS, on September 24, 2015, InterDigital filed a Motion to Compel Arbitration;

6      WHEREAS, on August 24, 2015, the parties stipulated to the stay of all discovery and
7  case management proceedings in this action until after the Court issued a ruling on InterDigital's
8  Motion to Compel Arbitration and Motion to Stay (*see* Dkt. No. 54 ¶ 4);

9      WHEREAS, an Initial Case Management Conference was originally scheduled for
10 February 3, 2016;

11     WHEREAS, on January 20, 2016, the Court granted InterDigital's Motion to Compel
12 Arbitration and Motion to Stay Pegatron's counterclaims (*see* Dkt. No. 78);

13     WHEREAS, on January 27, 2016, the parties submitted a stipulation requesting a
14 continuance of the Initial Case Management Conference pending an arbitrability determination,
15 wherein the parties agreed to update the Court within ten (10) days of any order by an
16 Arbitration Panel resolving arbitrability, and to work together to diligently undertake case
17 management proceedings in this action (including without limitation the requirements of Rule
18 26(f), the exchange of initial disclosures, the filing of a case management statement) as
19 appropriate based on the determination of arbitrability of Pegatron's counterclaims (*see* Dkt. No.
20 82);

21     WHEREAS, on January 27, 2016, the Court entered an Order approving the stipulation
22 and continuing the Case Management Conference to May 25, 2016 (*see* Dkt. No. 82);

23     WHEREAS, on May 17, 2016, the parties submitted a stipulation requesting a
24 continuance of the Initial Case Management Conference pending constitution of an arbitration
25 panel and an arbitrability determination (*see* Dkt. No. 84);

26     WHEREAS, on May 20, 2016, the Court entered an Order continuing the Case
27 Management Conference to August 31, 2016 (*see* Dkt. No. 85);

28

1     WHEREAS, on August 15, 2016, the parties submitted a stipulation requesting a continuance of the Initial Case Management Conference pending constitution of an arbitration panel and an arbitrability determination (*see* Dkt. No. 86);

    WHEREAS, on August 16, 2016, the Court entered an Order continuing the Case Management Conference to January 11, 2017 (*see* Dkt. No. 87); and

    WHEREAS, the parties expect the Arbitration Panel may issue a decision on arbitrability within the next 60 days, but do not expect a decision before January 11, 2017.

    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties as follows:

    1.     The parties jointly request a continuance of the case management conference currently scheduled for January 11, 2017 to March 1, 2017; and

    2.     The parties reaffirm their agreement to update the Court within ten (10) days of any order by an Arbitration Panel resolving arbitrability, and to work together to diligently undertake case management proceedings in this action (including without limitation the requirements of Rule 26(f), the exchange of initial disclosures, the filing of a case management statement) as appropriate based on the determination of arbitrability of Pegatron's counterclaims.

Dated: December 19, 2016      WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Matthew R. Reed*

*Attorneys for Plaintiffs and Counterclaim-Defendants*

DURIE TANGRI LLP

By: */s/ Sonal N. Mehta*

*Attorneys for Defendant and Counterclaim-Plaintiff*

**SIGNATURE ATTESTATION**

I, Matthew R. Reed, attest that I obtained the concurrence of Sonal N. Mehta in filing this document. I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 19th day of December 2016 at Palo Alto, California.

/s/ *Matthew R. Reed*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: December 23, 2016

*Lucy H. Koh*
Honorable Lucy H. Koh
U.S. District Judge