DAVID S. STEUER (SBN 127059)
dsteuer@wsgr.com
MICHAEL B. LEVIN (SBN 172329)
mlevin@wsgr.com
MATTHEW R. REED (SBN 196305)
mreed@wsgr.com
MAURA L. REES (SBN 191698)
mrees@wsgr.co
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

LUCY YEN (SBN 224559)
lyen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019-6022
Telephone:  (212) 999-5800
Facsimile:   (212) 999-5899

*Attorneys for Plaintiffs and Counterclaim-Defendants InterDigital Technology Corporation, IPR Licensing, Inc., and InterDigital, Inc.; and Counterclaim-Defendants InterDigital Communications, Inc., InterDigital Patent Holdings, Inc., and InterDigital Asia Limited*

DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
JOSHUA LERNER (SBN 220755)
jlerner@durietangri.com
ANDREW L. PERITO (SBN 269995)
aperito@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   415-362-6666
Facsimile:    415-236-6300

*Attorneys for Defendant and Counter-Plaintiff Pegatron Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION, IPR LICENSING, INC., and INTERDIGITAL, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PEGATRON CORPORATION,<br><br>    Defendant. | Case No. 5:15-cv-02584-LHK<br><br>**NOTICE OF PARTIAL FINAL AWARD ON ARBITRABILITY**<br><br>Ctrm:  8 – 4th Floor<br>Judge: Honorable Lucy H. Koh |

The parties file this Notice of Partial Final Award on Arbitrability to inform the Court of the decision on arbitrability in accordance with the Court's orders to continue the Case Management Conference, most recently on August 14, 2017 (*see* Dkt. No. 99).

On January 20, 2016, the Court granted InterDigital's Motion to Compel Arbitration and Motion to Stay Pegatron's counterclaims "to permit an arbitrator to rule on the arbitrability of those issues." (*see* Dkt. No. 78 at 18). On September 21, 2017, the Arbitration Panel issued a Partial Final Award on Arbitrability. A redacted, public copy of the Partial Final Award on Arbitrability signed by all members of the Arbitration Panel, along with an opinion concurring in part and dissenting in part by one member of the Arbitration Panel, is attached hereto as Exhibit 1, and the transmittal letter from the International Centre for Dispute Resolution is attached hereto as Exhibit 2. The Arbitration Panel determined by majority decision that none of Pegatron's counterclaims are arbitrable. Accordingly, it granted Pegatron's Motion to Dismiss for Lack of Jurisdiction and dismissed from the arbitration "Pegatron's counterclaims (and InterDigital's mirror image claim for declaratory relief on Pegatron's counterclaims)." Ex. 1 at p. 73, ¶ 152. Pegatron's counterclaims are now before this Court for adjudication.

The Case Management Conference in this matter is scheduled for December 6, 2017. The parties will meet and confer as to a plan to move forward in this case and will submit a Case Management Conference Statement by November 29, 2017.

Dated: October 2, 2017

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Lucy Yen*
 LUCY YEN

*Attorney for Plaintiffs and Counterclaim-Defendants InterDigital Technology Corporation, IPR Licensing, Inc., and InterDigital, Inc.; and Counterclaim-Defendants InterDigital Communications, Inc., InterDigital Patent Holdings, Inc., and InterDigital Asia Limited*

Dated: October 2, 2017					DURIE TANGRI LLP

								By:    */s/ Andrew Perito*
								        ANDREW L. PERITO

								*Attorney for Defendant and Counterclaim-Plaintiff Pegatron Corporation*

## SIGNATURE ATTESTATION

I, Andrew Perito, attest that I obtained the concurrence of Lucy Yen in filing this document. I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of October 2017 at San Francisco, California.

                                          */s/ Andrew Perito*
                                          ANDREW PERITO

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Andrew L. Perito*
ANDREW L. PERITO