UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PEGATRON CORPORATION,<br><br>Defendant. | Case No. 15-CV-02584-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorneys: David Steuer, Michael Levin, Maura Rees
Defendant's Attorneys: Sonal Mehta, Andrew Perito

An initial case management conference was held on December 6, 2017. A further case management conference is set for May 23, 2018, at 2:00 p.m. The parties shall file their joint case management statement by May 16, 2018.

The Court lifted the stay.

The Court referred the parties to private mediation with a deadline of January 25, 2019.

The Court set the following limits on discovery:
- 40 interrogatories per side;
- 200 requests for production per side;
- 150 requests for admission per side;
- 10 depositions per side, not including expert witness depositions;

1

Case No. 15-CV-02584-LHK
CASE MANAGEMENT ORDER

- Each deposition shall be no longer than 7 hours long, except for depositions where translators are used, in which case the limit is 12 hours.
- Each side may take up to 7 hours of deposition testimony of each testifying expert for each report on a separate subject.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Deadline to Exchange Initial Disclosures | January 5, 2018 |
| Deadline to File Stipulated Protective Order | January 12, 2018 |
| Last Day to File Stipulation or Motion to Amend the Pleadings/Add Parties | May 15, 2018 |
| Further Case Management Conference | May 23, 2018 at 2:00 p.m. |
| Close of Fact Discovery | October 25, 2018 |
| Opening Expert Reports | November 21, 2018 |
| Rebuttal Expert Reports | December 20, 2018 |
| Close of Expert Discovery | January 17, 2019 |
| Deadline to Complete Private Mediation | January 25, 2019 |
| Last Day to File Dispositive Motions (one per side in the entire case) and *Daubert* Motions | Opening: February 7, 2019<br>Responsive: March 7, 2019<br>Reply: March 28, 2019 |
| Hearing on Dispositive Motions | April 25, 2019 at 1:30 p.m. |
| Final Pretrial Conference | June 20, 2019 at 1:30 p.m. |
| Jury Trial | July 8, 2019 at 9:00 a.m. |
| Length of Trial | 8 days |

**IT IS SO ORDERED.**

Dated: December 6, 2017

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-02584-LHK
CASE MANAGEMENT ORDER