DAVID S. STEUER (SBN 127059)
dsteuer@wsgr.com
MICHAEL B. LEVIN (SBN 172329)
mlevin@wsgr.com
MAURA L. REES (SBN 191698)
mrees@wsgr.com
MATTHEW R. REED (SBN 196305)
mreed@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

LUCY YEN (SBN 224559)
lyen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019-6022
Telephone:  (212) 999-5800
Facsimile:   (212) 999-5899

*Attorneys for Plaintiffs and Counterclaim-Defendants InterDigital Technology Corporation, IPR Licensing, Inc., and InterDigital, Inc.; and Counterclaim-Defendants InterDigital Communications, Inc., InterDigital Patent Holdings, Inc., and InterDigital Asia Limited*

DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
JOSHUA LERNER (SBN 220755)
jlerner@durietangri.com
ANDREW L. PERITO (SBN 269995)
aperito@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

*Attorneys For Defendant And Counter-Plaintiff Pegatron Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION, IPR LICENSING, INC., and INTERDIGITAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PEGATRON CORPORATION, <br><br> Defendant. | Case No. 5:15-cv-02584-LHK <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** <br><br> Ctrm: 8 – 4th Floor <br> Judge:  Honorable Lucy H. Koh |

PEGATRON CORPORATION,

v.

INTERDIGITAL TECHNOLOGY CORPORATION, IPR LICENSING, INC., and INTERDIGITAL, INC., INTERDIGITAL COMMUNICATIONS, INC., INTERDIGITAL PATENT HOLDINGS, INC., and INTERDIGITAL ASIA LIMITED,

      Counterclaim-Defendants

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their counsel of record, hereby stipulate that this action, including all claims and counterclaims, is dismissed with prejudice, each party bearing its own fees and costs.

Dated: January 22, 2018

    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

    By:   */s/ Michael B. Levin*
        Michael B. Levin

    *Attorneys for Plaintiffs and Counterclaim-Defendants*

    DURIE TANGRI LLP

    By:   */s/ Sonal N. Mehta*
        Sonal N. Mehta

    *Attorneys for Defendant and Counterclaim-Plaintiff*

**[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause appearing therefore, **IT IS SO ORDERED:**

Dated: January 22, 2018

*Lucy H. Koh*
Honorable Lucy H. Koh
U.S. District Judge

**SIGNATURE ATTESTATION**

I, Michael B. Levin, attest that I obtained the concurrence of Sonal N. Mehta in filing this document. I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of January, 2018 at Palo Alto, California.


By: _/s/ Michael B. Levin_
     Michael B. Levin